# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE GENESIS MARINE, LLC, AS OWNER OF THE TOWING VESSEL GENESIS PATRIOT, FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | § § § § § § | Civil Action No. 4:21-cv-2679<br><br>Admiralty – Rule 9(h) |

## AD INTERIM STIPULATION

Petitioner Genesis Marine, LLC ("Genesis"), as owner, of the vessel *GENESIS PATRIOT*, its engines, equipment, gear, tackle, etc. (the "Vessel"), instituted a proceeding in this Court for exoneration from or limitation of liability on account of certain potential claims for injury, loss, cost, expense, damage, or destruction occasioned by or resulting from the Vessel's voyage commencing and ending on or about February 21, 2021. Petitioner prays that a notice be issued to all persons claiming damages for injury or arising out of the voyage, citing them to appear and prove their respective claims, and that an injunction issue restraining the prosecution of any and all other proceedings.

Petitioner wishes to provide an *Ad Interim* Stipulation for Value as security for the benefit of claimants, pending any appraisement of the value of Petitioner's interest in the Vessel as the Court may order.

Petitioner anticipates the possibility that claims may be forthcoming that arise out of the above-described voyage.

Petitioner wishes to prevent the commencement or continued prosecution of any and all suits, actions, or legal proceedings of any nature in any and all courts, except in this proceeding, with respect to the above-described voyage, and also wish to provide an *Ad Interim* Stipulation for

Value as security for the claimants, pending appraisal, if any, of the amount of Petitioner's interest in the Vessel.

Petitioner therefore stipulates the sum of FIVE MILLION SIX HUNDRED SEVENTY THOUSAND U.S. DOLLARS ($5,670,000.00) with interest at six percent per annum from the date hereof, and costs, as the maximum value of Petitioner's interest in the Vessel at the end of the Vessel's voyage, or will otherwise comply with the Court's order as provided by Supplemental Rule F for Certain Admiralty and Maritime Claims & Asset Forfeiture Actions of the Federal Rules of Civil Procedure, pending which this Stipulation will stand as security for all claims in this limitation proceeding.

Respectfully submitted,

 */s/ Justin C. Warner*
Evans Martin McLeod
LA Bar No. 24846
Fed ID 411950
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: Marty.McLeod@phelps.com

**ATTORNEY-IN-CHARGE FOR PETITIONER GENESIS MARINE, LLC**

**OF COUNSEL:**
**PHELPS DUNBAR LLP**
Justin C. Warner,
LA Bar No. 37349
Fed ID 3326606
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: Justin.Warner@phelps.com

- 3 -

-and-

Stormy L. Strickland
Texas Bar No.: 24117159
Fed ID No.: 3565005
910 Louisiana St., Suite 4300
Houston, Texas 77002
Telephone: (713) 626-1386
Facsimile: (713) 626-1388
Email: stormy.strickland@phelps.com